## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**CHARLES STELMAZEWSKI,**

**STIPULATION AND ORDER
OF DISMISSAL WITHOUT
PREJUDICE ONLY AS TO
CASE NO. 3:07-CV-07-6329-CRB**

                    **Plaintiff,**

**v.**

**PFIZER, INC. et. al.,**

        **Defendants.**

---

    **IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Charles Stelmazewski is herby dismissed without prejudice.

    1.    Plaintiff is Charles Stelmazewski; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

    2.    On December 13, 2007, plaintiff sued defendants;

    3.    Plaintiff moves to dismiss his claims against defendants;

    4.    This case is not a class action;

    5.    A receiver has not been appointed to this action;

6.    Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.    Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.

Respectfully submitted:

Dated: 2/27/08

By: *Navan Ward*
Navan Ward, Jr. (AL State Bar No. WAR062)
Email:  navan.ward@beasleyallen.com
Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
Email:  andy.birchfield@beasleyallen.com
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

*Attorneys for Plaintiff*

Dated: 2-29-08

**GORDON & REES**

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 9411
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                Hon, Charles R. Breyer
                                United States District Court